**JS–6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MCADAMS<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF NEWPORT BEACH , et al.<br><br><br>Defendant(s). | CASE NO:<br>8:19–cv–00615–FMO–KES<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: June 5, 2020        /s/ *Fernando M. Olguin*
                Fernando M. Olguin
                United States District Judge